# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Mr. Kurt A. Benshoof,<br>A.R.W. By and Through His Father,<br>Mr. Kurt A. Benshoof, Brett Fountain,<br>Urve Maggitti,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>　ANDREA CHIN, et al.<br><br>　　　　　　　　　　Defendants. | Case No. 25-4669.<br><br>MOTION TO CORRECT RECORD<br>Brett Fountain and Urve Maggitti |

　　On August 29, 2025, Plaintiffs Brett Fountain and Urve Maggitti submitted "Form 14. Motion for Extension of Time" via United States Court Of Appeals For The Ninth CircuiT: EDSS- Electronic Document Submission System For People Without Lawyers.

　　On August 29, 2025, Plaintiff Maggitti did not have e-filing credentials. The case docket does not reflect the timely filings by Fountain and Maggitti in requesting extension of time to file their brief because U.S District Court has denied to provide the full case file to indigent incarcerated Co-Appellant Kurt Benshoof.

Page 1 of 6

Benshoof filed "Motion for Extension of Time" and Co-Appellants Brett Fountain and Urve Maggitti requested same, as Benshoof is an indispensable party to the litigation, who's participation is necessary for the proper review/filing Appellants brief(s) and extending time to file brief to all Appellants on same time line conserves judicial resources.

Please see the proof of servise via email to all parties to the action attached as Exhibit A - Fountain and Exhibit B - Maggitti.

Respectfully submitted on September 3, 2025.

*/s/ Brett Fountain*

Brett Fountain, Co-Plaintiff
kb407@exposelegalcorruption.com

*/s/ Urve Maggitti*

Urve Maggitti, Co-Plaintiff
urve.maggitti@gmail.com

# CERTIFICATE OF SERVICE

KURT BENSHOOF
Coyote Ridge Corrections Center (CRCC)
ID Number 448305
PO Box 769
Connell, WA 99326

Brett Fountain
2100 West Northwest Highway
114 #1115
Grapevine, TX 76051-7808
kb407@exposelegalcorruption.com

Matthew Coughlan
Darren Anthony Feider
SEBRIS BUSTO JAMES
15375 SE 30TH Pl, Ste 310
Bellevue, WA 98007
425-450-3382
[Attorney for Fox, Goslin, Mitchell]
mcoughlan@sbj.law

Peggy C. Wu
King County Prosecuting Attorney's Office
701 Fifth Avenue, Suite 600
Seattle, WA 98104
206-263-4008
[King County, Catherine Cornwall, and Pascal Herzer]
pwu@kingcounty.gov

Arick S. Bonsztyk
1000 Second Avenue, Suite 3660
Seattle, WA 98104
206-621-1871
asb@tbr-law.com
[Jessica Owen]

Howard Brown
1003 West Michigan Street
Hammon, LA 70401

Page 3 of 6

1. Sarah Spierling Mack
2. PACIFICA LAW GROUP LLP
3. 1191 SECOND AVENUE
   SUITE 2000
4. SEATTLE, WA 98101
   206-245-1700
5. sarah.mack@pacificalawgroup.com

6. Catherine E Riedo
   SEATTLE CITY ATTORNEY'S OFFICE
7. 701 FIFTH AVENUE
   SUITE 2050
8. SEATTLE, WA 98104-7097
   206-684-7782
9. catherine.riedo@seattle.go

10.

    Sarah N Turner
11. GORDON REES SCULLY MANSUKHANI LLP (SEATTLE)
    701 FIFTH AVE STE 2100
12. SEATTLE, WA 98104
    206-695-5100
13. sturner@grsm.com

14.

    Peggy C Wu
15. KING COUNTY PROSECUTING ATTORNEY'S OFFICE (FIFTH AVE)
    701 FIFTH AVE
16. STE 600
    SEATTLE, WA 98104
17. 206-263-4008
18. pwu@kingcounty.gov

19. Urve Maggitti
    244 Blackburn drive
20. Berwyn, PA 19312
21. urve.maggitti@gmail.com
    917-340-0561
22.
23.
24.
25.
26.

Page 4 of 6

# EXHIBIT A

 urve maggitti <urve.maggitti@gmail.com>

## No. 25-4669 by Brett Fountain: 1) Motion for Extension of Time
1 message

**urve maggitti** <urve.maggitti@gmail.com>  Fri, Aug 29, 2025 at 1:55 AM
To: asb@tbr-law.com, azs@bmatlaw.com, gat@tbr-law.com, KLK@bmatlaw.com, lae@tbr-law.com, carson.canonie@seattle.gov, erin.sundberg@seattle.gov, grace.selsor@seattle.gov, jay.beck@seattle.gov, laura.sanabria@seattle.gov, catherine.riedo@seattle.gov, ghazal.sharifi@seattle.gov, dfeider@sbj.law, epruzinsky@sbj.law, kmarchenko@sbj.law, mtracy@grsm.com, jburrell@grsm.com, mmarze@grsm.com, mghosh@sbj.law, pwu@kingcounty.gov, kathwilson2@kingcounty.gov, sturner@grsm.com, dbrooks@grsm.com, rdrury@grsm.com, sarah.mack@pacificalawgroup.com, dawn.taylor@pacificalawgroup.com
Cc: kurt benshoof <kurtbenshoof1@gmail.com>, B Fountain <kb407@exposelegalcorruption.com>, kurt benshoof <Kurtbenshoof@gmail.com>, urve maggitti <urve.maggitti@gmail.com>

📄 **2025-08-28.  No. 25-4669. Form 14  Brett Fountain.pdf**
257K

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)**

**Case Name**

Requesting Party Name(s)

I am:   The party requesting the extension.
        Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

Brief (*you must also complete the Declaration on page 3*)
Motion to proceed in forma pauperis
Motion for a certificate of appealability
Response/opposition to a pending motion
Reply to a response/opposition to a pending motion
Certified Administrative Record
Response to court order dated
Other *(you must describe the document)*

The requested new due date is:   November 3, 2025.

I request the extension of time because (cannot be left blank):
*(attach additional pages if necessary)*

U.S District Court denied to provide the full case file to indigent incarcerated Co-Appellant Kurt Benshoof. Benshoof filed "Motion for Extension of Time" and Co-Appellant Brett Fountain requests same, as Benshoof is an indispensable party to the litigation, who's participation is necessary for the proper review/filing Appellants brief(s) and extending time to file brief to all Appellants on same time line conserves judicial resources.

**Signature** _____    **Date**
*(use "s/[typed name]" to sign electronically-filed documents)*

**Form 14**                                                                                              New 12/01/2

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ⦿ ve **NOT** filed a previous request to extend time to file the document.

- ve previously requested an extension of time to file the document.

  This motion is my first request.
  *(Examples: first, second)*

Bail/detention status (*select one*):

The defendant is incarcerated. The projected release date is: _____.

The petitioner is detained.

The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** _[signature]_          Date _____
*(use "s/[typed name]" to sign electronically-filed documents)*

**Form 14**                                                   New 12/01/2

> **Declaration in support of extension to file brief under Circuit Rule 31-2.2**
> *Complete this section if you are requesting an extension of time to file a brief*

1. I request an extension of time to file the  opening  brief.

2. The brief's current due date is  September 3, 2025

3. The brief's first due date was

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.).*

U.S District Court denied to provide the full case file to indigent incarcerated Co-Appellant Kurt Benshoof. Benshoof filed "Motion for Extension of Time" and Co-Appellant Brett Fountain requests same, as Benshoof is an indispensable party to the litigation, who's participation is necessary for the proper review/filing Appellants brief(s) and extending time to file brief to all Appellants on same time line conserves judicial resources.

5. The position of the other party/parties regarding this request is:

    Unopposed.

    Opposed by *(name of party/parties opposing this motion):*

    Unknown. I am unable to verify the position of the other party/parties because:

    refuse to respond

    court reporter is not in default with regard to any designated transcripts.

    If the court reporter is in default, please explain:

7. I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

Signature  *[signature]*　　　　　　　　　　Date  08/28/2025

Form 14　　　　　　　　　　　　　　　　　　　　　　　　　　New 12/01/2

# EXHIBIT B

Page 6 of 6

 Gmail    urve maggitti <urve.maggitti@gmail.com>

# No. 25-4669 by Urve Maggitti: 1) Motion for Extension of Time
1 message

**urve maggitti** <urve.maggitti@gmail.com>    Fri, Aug 29, 2025 at 1:56 AM
To: asb@tbr-law.com, azs@bmatlaw.com, gat@tbr-law.com, KLK@bmatlaw.com, lae@tbr-law.com, carson.canonie@seattle.gov, erin.sundberg@seattle.gov, grace.selsor@seattle.gov, jay.beck@seattle.gov, laura.sanabria@seattle.gov, catherine.riedo@seattle.gov, ghazal.sharifi@seattle.gov, dfeider@sbj.law, epruzinsky@sbj.law, kmarchenko@sbj.law, mtracy@grsm.com, jburrell@grsm.com, mmarze@grsm.com, mghosh@sbj.law, pwu@kingcounty.gov, kathwilson2@kingcounty.gov, sturner@grsm.com, dbrooks@grsm.com, rdrury@grsm.com, sarah.mack@pacificalawgroup.com, dawn.taylor@pacificalawgroup.com
Cc: kurt benshoof <kurtbenshoof1@gmail.com>, kurt benshoof <Kurtbenshoof@gmail.com>, B Fountain <kb407@exposelegalcorruption.com>, urve maggitti <urve.maggitti@gmail.com>

📄 **2025-08-28. No. 25-4669. Form 14 Urve Maggitti.pdf**
308K

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)**

**Case Name**

Requesting Party Name(s)

I am:   The party requesting the extension.
   Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

   Brief (*you **must** also complete the Declaration on page 3*)
   Motion to proceed in forma pauperis
   Motion for a certificate of appealability
   Response/opposition to a pending motion
   Reply to a response/opposition to a pending motion
   Certified Administrative Record
   Response to court order dated
   Other *(you **must** describe the document)*

The requested new due date is:   November 3, 2025.

I request the extension of time because (cannot be left blank):
*(attach additional pages if necessary)*

U.S District Court denied to provide the full case file to indigent incarcerated Co-Appellant Kurt Benshoof. Benshoof filed "Motion for Extension of Time" and Co-Appellant Urve Maggitti requests same, as Benshoof is an indispensab party to the litigation, who's participation is necessary for the proper review/filing Appellants brief(s) and extending time to file brief to all Appellants on same time line conserves judicial resources.

**Signature**                                                                **Date**
*(use "s/[typed name]" to sign electronically-filed documents)*

**Form 14**                                                                                        New 12/01/2

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ⦿ I have **NOT** filed a previous request to extend time to file the document.

- ○ I have previously requested an extension of time to file the document.

   This motion is my first request.
   *(Examples: first, second)*

Bail/detention status (*select one*):

   The defendant is incarcerated. The projected release date is: _____.

   The petitioner is detained.

   The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** /s/                                               Date
*(use "s/[typed name]" to sign electronically-filed documents)*

Form 14                                                       New 12/01/2

**Declaration in support of extension to file brief under Circuit Rule 31-2.2**
*Complete this section if you are requesting an extension of time to file a brief*

1. I request an extension of time to file the   opening   brief.

2. The brief's current due date is   September 3, 2025

3. The brief's first due date was

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.).*

U.S District Court denied to provide the full case file to indigent incarcerated Co-Appellant Kurt Benshoof. Benshoof filed "Motion for Extension of Time" and Co-Appellant Urve Maggitti requests same, as Benshoof is an indispensable party to the litigation, who's participation is necessary for the proper review/filing Appellants brief(s) and extending time to file brief to all Appellants on same time line conserves judicial resources.

5. The position of the other party/parties regarding this request is:

    Unopposed.

    Opposed by *(name of party/parties opposing this motion):*

    Unknown. I am unable to verify the position of the other party/parties because:

    refuse to respond to me

    court reporter is not in default with regard to any designated transcripts.

    If the court reporter is in default, please explain:

7. I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature**                                                           **Date**   08/28/2025

Form 14                                                                           New 12/01/2