UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| KURT BENSHOOF; et al., | No. 25-4669 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. 2:24-cv-00808-JHC |
| v. | Western District of Washington, Seattle |
| ANDREA CHIN; et al., | ORDER |
| Defendants - Appellees. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants Kurt Benshoof and Brett Fountain have filed a signed copy of the notice of appeal in the district court. The August 21, 2025 order (Docket Entry No. 6) is therefore discharged.

Appellants' motion for an order directing the district court clerk to provide appellant Benshoof a copy of the record at public expense (Docket Entry No. 8) is denied. Benshoof may make this request directly with the district court. The district court docket does not reflect that Benshoof has filed a request for a copy of the record or that Benshoof was granted leave to proceed in forma pauperis in the district court, and he has not filed a financial affidavit in this court. *See* Fed. R. App. P. 30-1.7 ("[t]he clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents comprising the Excerpts of Record . . . . If the prisoner was granted

leave to proceed in forma pauperis at the district court or on appeal, the copies will be produced at no charge to the prisoner.").

The motion (Docket Entry Nos. 9, 12) for an extension of time to file the opening brief is granted. The opening brief is due November 3, 2025. The answering brief is due December 3, 2025. The optional reply brief is due within 21 days after service of the answering brief.